**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:18-10018-STA |
| | ) | |
| KINYKO BOOKER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON GUILTY PLEA**
**AND NOTICE OF SETTING**

This cause came to be heard on August 17, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Kinyko Booker, appearing in person, and with counsel, LaRonda Martin.

The defendant entered a plea of guilty to Count 1 and Count 2 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, NOVEMBER 20, 2018 at 10:00 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 17th day of August, 2018.


s/ J. DANIEL BREEN
CHIEF JUDGE, U. S. DISTRICT COURT